UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | MATTICE/CARTER |
| | ) | |
| v. | ) | CASE NO. 4:12-CR-17 |
| | ) | |
| RICHARD ANTHONY | ) | |

## **O R D E R**

On August 7, 2012, Magistrate Judge William B. Mitchell Carter filed a Report and

Recommendation recommending (a) the Court accept Defendant Richard Anthony's

("Defendant") plea of guilty to Counts One and Eight of the Indictment, in exchange for the

undertakings made by the government in the written plea agreement; (b) the Court adjudicate

Defendant guilty of the charges set forth in Counts One and Eight of the Indictment; (c) that a

decision on whether to accept the plea agreement be deferred until sentencing; and (d) Defendant

shall remain in custody pending sentencing in this matter (Doc. 91).  Neither party filed an

objection within the given ten days.  After reviewing the record, the Court agrees with the

magistrate judge's report and recommendation.  Accordingly, the Court **ACCEPTS** and

**ADOPTS** the magistrate judge's report and recommendation pursuant to 28 U.S.C. § 636(b)(1)

and **ORDERS** as follows:

(1) Defendant's plea of guilty to Counts One and Eight of the Indictment in exchange for

the undertakings made by the government in the written plea agreement is **ACCEPTED**;

(2) Defendant is hereby **ADJUDGED** guilty of the charges set forth in Counts One and

Eight of the Indictment;

(3) A decision on whether to accept the plea agreement is **DEFERRED** until sentencing;

and

(4) Defendant **SHALL REMAIN** in custody pending sentencing on **Monday, November 26, 2012, at 2:00 pm**.

**SO ORDERED.**

**ENTER:**

_____*/s/ Harry S. Mattice, Jr.*_____
HARRY S. MATTICE, JR.
UNITED STATES DISTRICT JUDGE